**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WASTEWATER SPECIALTIES LLC**                                                       **PLAINTIFF**

v.                                        **CASE NO. 4:20-CV-00516 BSM**

**CHARLES P. CLAYTON and**
**STONEY COURVILLE**                                                                 **DEFENDANTS**

## ORDER

The motion to extend the temporary restraining order [Doc. No. 17] enjoining Charles Clayton and Stoney Courville from using or disclosing any customer lists or customer information of Wastewater Specialities and from soliciting or aiding anyone in the solicitation of Wastewater's customers and employees, is granted in part.

The TRO is extended until a hearing on plaintiffs' request for a preliminary injunction can be held, not to exceed fourteen days from the time of this order, without good cause shown. Fed. R. Civ. P. 65.

IT IS SO ORDERED this 1st day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE