IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WASTEWATER SPECIALTIES, LLC**                                                  **PLAINTIFF**

v.                              **CASE NO. 4:20-CV-00516-BSM**

**CHARLES P. CLAYTON,** *et al.*                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE